[No. 11844–1–II. Division Two. February 22, 1990.]

BONNIE BARKER, ET AL, *Appellants,* v. MARCI MAPLES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays

Harbor County, No. 82–2–00518–1, Michael G. Spencer, J., entered February 29, 1988. *Affirmed* by unpublished opinion per Nordquist, J. Pro Tem., concurred in by Petrich, A.C.J., and Faris, J. Pro Tem.